Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Red Door Management, Inc.** |

| | |
|---|---|
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Republic Homebuilding and Renovations**<br>**RDM Realty**<br>**Maverick Realty**<br>**Red Door Consulting**<br>**Red Door Development**<br>**Red Door Houston**<br>**Red Door Management**<br>**Red Door Realtors**<br>**Red Door**<br>**Republic Homes of Texas** |

| | |
|---|---|
| **3. Debtor's federal Employer Identification Number (EIN)** | **2 7 – 1 1 1 0 7 8 8** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **100 E Nasa Pkwy, Suite 407**<br>Number    Street | Number    Street |
| **Webster, TX 77598-5435**<br>City    State    ZIP Code | City    State    ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City    State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.republichomebuildingandrenovations.com** |

| | |
|---|---|
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP) |

☐ Other. Specify: _____

Debtor  **Red Door Management, Inc.**                                    Case number *(if known)* _____
        Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**2  3  6  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                      MM / DD / YYYY
      District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____
      District _____ When _____
                                    MM / DD / YYYY
      Case number, if known _____

Debtor    **Red Door Management, Inc.**_____    Case number *(if known)* _____
          Name

| 11. Why is the case filed in *this district?* | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number       Street |
| | _____ |
| | City                              State   ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.   Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

---

# Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   **Red Door Management, Inc.**                                          Case number *(if known)* _____
         Name

---

**16. Estimated liabilities**

| | |
|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **04/19/2024**
MM/ DD/ YYYY

**X**  **/s/ Mark C. Brown**                           **Mark C. Brown**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

**X**   **/s/ Robert C Lane**          Date **04/19/2024**
Signature of attorney for debtor                MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number        Street

**Houston**                            **TX**      **77036-3369**
City                                    State        ZIP Code

**(713) 595-8200**                      **notifications@lanelaw.com**
Contact phone                           Email address

**24046263**                            **TX**
Bar number                              State

---

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

### Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to the debtor's condition on _____.

| | |
|---|---|
| a. Total assets | $303,951.10 |
| b. Total debts (including debts listed in 2.c., below) | $582,453.99 |

c. Debt securities held by more than 500 holders

Approximate number of holders:

secured ☐  unsecured ☐  subordinated ☐ _____  _____

secured ☐  unsecured ☐  subordinated ☐ _____  _____

secured ☐  unsecured ☐  subordinated ☐ _____  _____

secured ☐  unsecured ☐  subordinated ☐ _____  _____

secured ☐  unsecured ☐  subordinated ☐ _____  _____

d. Number of shares of preferred stock  _____

e. Number of shares common stock  _____

Comments, if any: _____
_____
_____

3. Brief description of debtor's business _____ Home Remodeling _____
_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____
_____
_____

---

**Fill in this information to identify the case:**

Debtor name      **Red Door Management, Inc.**

United States Bankruptcy Court for the:

     **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct.

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑   *Schedule H: Codebtors* (Official Form 206H)

☑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **04/19/2024**          **X** **/s/ Mark C. Brown**
       MM/   DD/   YYYY             Signature of individual signing on behalf of debtor

                                  **Mark C. Brown**
                                  Printed name

                                  **President**
                                  Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Red Door Management, Inc.**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express P.O. Box 96001 Los Angeles, CA 90096-8000 | | Credit Card | | | | $9,000.00 |
| 2 | Avion Funding, LLC 633 167th Street Miami, FL 33162 | | | Disputed | | | $29,980.00 |
| 3 | Bank of America P.O. Box 17237 Wilmington, DE 19850-7237 | | Credit Card | | | | $12,503.59 |
| 4 | Capital on Tap 675 Ponce De Leon Ave NE 8500 Atlanta, GA 30308-1884 | | Credit Card | | | | $10,000.00 |
| 5 | Capital One PO Box 60519 City of Industry, CA 91716 | | Credit Card | | | | $34,447.06 |
| 6 | Chase Bank P.O. Box 15123 Wilmington, DE 19850 | | Credit Card | | | | $32,692.43 |
| 7 | Cruz Electric, LLC 25215 Chalice Knoll St Katy, TX 77493 | | | | | | $16,500.00 |
| 8 | E-May Building Company LLC 2345 Sage Rd Apt 210 Houston, TX 77056-4663 | | Breach of Contract | Disputed | | | $12,266.58 |

Debtor __**Red Door Management, Inc.**__

Name

Case number *(if known)* _____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Funding Metrics, LLC d/b/a Lendini<br>3220 Tillman Dr Ste 200<br>Bensalem, PA 19020-2028 | | UCC Lien - 5th position | Disputed | | | $35,500.00 |
| 10 | Home Depot<br>P.O. Box 9001030<br>Louisville, KY 40290-1030 | | Credit Card | | | | $37,507.28 |
| 11 | Ironwood Connections<br>353 Greens Landing Dr<br>Houston, TX 77038 | | Construction Projects | | | | $17,196.52 |
| 12 | LendinCheck Inc.<br>1111 Broadhollow Rd 202<br>Farmingdale, NY 11735 | | UCC Lien - 6th position | Disputed | | | $41,700.00 |
| 13 | Lowe's<br>P.O. Box669824<br>Dallas, TX 75266 | | Credit Card | | | | $4,075.12 |
| 14 | Plexe, LLC<br>6295 Greenwood Plaza Blvd 100<br>Englewood, CO 80111 | (855) 230-7755 | UCC Lien - 2nd position | | | | $16,090.91 |
| 15 | Retail Capital LLC dba Credibly<br>1501 W Fountainhead Pkwy 630<br>Tempe, AZ 85282 | | UCC Lien - 4th position | Disputed | | | $41,169.70 |
| 16 | The Sherwin-Williams Company<br>P.O. Box 840943<br>Dallas, TX 75284-0943 | | Services | | | | $4,253.70 |
| 17 | Truist Bank<br>P.O. Box 791278<br>Baltimore, MD 21279-1278 | | Credit Card | | | | $15,000.00 |
| 18 | U.S. Bank<br>P.O. Box 1950<br>Saint Paul, MN 55101-0950 | | Credit Card | | | | $6,000.00 |
| 19 | US Small Business Administration<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | | UCC blanket Lien - 1st position | | | | $150,000.00 |
| 20 | Verizon Business<br>P.O. Box 489<br>Newark, NJ 07101-0489 | | Services | | | | $3,658.48 |

**Fill in this information to identify the case:**

Debtor Name **Red Door Management, Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Moody Bank | Checking account | 2  1  2  9 | unknown |
| 3.2. | Cadence Bank | Checking account | 1  1  5  3 | $10,011.75 |
| 3.3. | Prosperity Bank | Checking account | 7  8  2  1 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  | **$10,011.75** |

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **Red Door Management, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 7.1 | **REMCO, LLC** | $1,741.60 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**                                                                    $1,741.60

   Add lines 7 through 8. Copy the total to line 81.

---

**Part 3:**    Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

    | | | | Current value of debtor's interest |
    |---|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    $13,832.00   -   $0.00   =.....➔    $13,832.00
    
    face amount                  doubtful or uncollectible accounts

    11b. Over 90 days old:    $0.00   -   $10,564.00   =.....➔    $10,564.00
    
    face amount              doubtful or uncollectible accounts

12. **Total of Part 3**                                                                    $24,396.00

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

**Part 4:**    Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |
    |---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                         % of ownership:

    15.1 _____    _____    _____    _____

    15.2 _____    _____    _____    _____

---

| Debtor | **Red Door Management, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____     _____

    16.2 _____     _____     _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                                   $_____

---

| **Part 5:** | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| **Remodeling - Work completed but not invoiced.** | **03/01/2024** MM / DD / YYYY | **unknown** | **Percentage of Completion** | **$15,000.00** |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.                                   $15,000.00

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

| **Part 6:** | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

Debtor   **Red Door Management, Inc.**                                         Case number *(if known)* _____

Name

---

| 27. | **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?** | | | |
|---|---|---|---|---|
| | ☑ No. Go to Part 7. | | | |
| | ☐ Yes. Fill in the information below. | | | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | _____ | _____ | _____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | _____ | _____ | _____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | _____ | _____ | _____ |
| **31. Farm and fishing supplies, chemicals, and feed** | _____ | _____ | _____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | _____ | _____ | _____ |

| 33. | **Total of Part 6** |  |
|---|---|---|
| | Add lines 28 through 32. Copy the total to line 85. | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

---

Debtor    **Red Door Management, Inc.**        Case number *(if known)* _____
       Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Filing Cabinet (2) | unknown | | $150.00 |
| Tables (6) | unknown | | $300.00 |
| Desks (6) | unknown | | $300.00 |
| Chairs (25) | unknown | | $250.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer (7) | unknown | | $100.00 |
| Monitor (11) | unknown | | $100.00 |
| Phones (4) | unknown | | $200.00 |
| Printer | unknown | | $75.00 |
| Popcorn Texture Removal Tool (2) | unknown | | $2.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**                                               **$1,477.00**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

Debtor     **Red Door Management, Inc.**                                    Case number *(if known)* _____
                  Name

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2008 Toyota Tacoma** | unknown | | $500.00 |
| 47.2 **2022 Ford F-350** | unknown | | $45,000.00 |
| 47.3 **2019 Impression 20RB /** VIN: 5ZT2MPJB8KB310120 RV | unknown | | $5,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Rolling Cart (3)** | unknown | | $30.00 |
| **Water hose 25"** | unknown | | $1.00 |
| **Kreg Door Trim Tool (2)** | unknown | | $10.00 |
| **Clear Storage Bin (20)** | unknown | | $20.00 |
| **Joist Jack (4)** | unknown | | $100.00 |
| **Doors 32" Pre Hung (8)** | unknown | | $200.00 |
| **Traffic Cone (9)** | unknown | | $22.00 |
| **Anchor bolts, J-type, box** | unknown | | $5.00 |
| **Box of 3,000 collated roofing nails** | unknown | | $10.00 |
| **Drawer slides, 18" (4)** | unknown | | $2.00 |
| **Rebar ties (1000 pack)(2)** | unknown | | $10.00 |
| **1 gal gas tank (2)** | unknown | | $2.00 |
| **staple guns, manual (2)** | unknown | | $10.00 |
| **wagner heat gun** | unknown | | $25.00 |
| **Misc electrical outlets and wall plates** | unknown | | $2.50 |
| **orange hazard flag** | unknown | | $1.00 |
| **propane tank, 5gallon** | unknown | | $20.00 |
| **Large Black Rolling Cart** | unknown | | $10.00 |

Debtor    **Red Door Management, Inc.**                          Case number *(if known)* _____

Name

| | | |
|---|---|---|
| **PVC Conduit hose (2)** | unknown | $2.00 |
| **Dewalt Tool Bag** | unknown | $2.50 |
| **Black Storage Bin** | unknown | $0.50 |
| **House Jack (3)** | unknown | $60.00 |
| **Barn Door Hardware** | unknown | $1.00 |
| **Painter's Tape Roll (14)** | unknown | $14.00 |
| **Angle measure (2)** | unknown | $10.00 |
| **Master Combo lock** | unknown | $5.00 |
| **Drill bit case (2)** | unknown | $7.00 |
| **rebar (150) misc** | unknown | $203.75 |
| **Gatorade cooler jug** | unknown | $1.00 |
| **staples, crown, bostitch** | unknown | $1.00 |
| **wall anchors, pack** | unknown | $1.00 |
| **Misc plastic containers (10)** | unknown | $5.00 |
| **OSB assorted (3.5)** | unknown | $3.50 |
| **push broom (3)** | unknown | $3.00 |
| **Fire Extinguishers (2)** | unknown | $50.00 |
| **Water Hose 50-100 ft. (12)** | unknown | $30.00 |
| **Mud Knives (4)** | unknown | $4.00 |
| **Small Organizing Bin (4)** | unknown | $2.00 |
| **Fan (4)** | unknown | $12.00 |
| **Door Trim Kit** | unknown | $5.00 |
| **Paint Roller Covers Pack (5)** | unknown | $3.50 |
| **Angled Flashing (2)** | unknown | $3.00 |
| **Box of concrete anchors** | unknown | $2.00 |
| **Misc Drill bits (15)** | unknown | $7.50 |
| **recessed lights packs** | unknown | $5.00 |
| **Goo gone, bottle** | unknown | $1.00 |
| **staples, boxes (3)** | unknown | $3.00 |
| **wall plate** | unknown | $0.25 |
| **Misc pvc pipe parts** | unknown | $5.00 |
| **outlet and switch covers, assorted (7)** | unknown | $2.50 |
| **pvc glue** | unknown | $1.00 |
| **Conform Tub 42"** | unknown | $5.00 |

| Debtor | **Red Door Management, Inc.** | Case number *(if known)* | |
| | Name | | |

| | | | |
|---|---|---|---|
| Husky 3/8' Air Hose (2) | unknown | | $10.00 |
| Masonry Knife | unknown | | $25.00 |
| Wall Mount Organizing Bin | unknown | | $1.00 |
| Ceiling Fan Glass (2) | unknown | | $12.00 |
| Window/Door Flashing Strips (2) | unknown | | $0.50 |
| Trim Roller Covers (2) | unknown | | $2.00 |
| Anvil hand sander | unknown | | $20.00 |
| Box of contractor bags (5) | unknown | | $35.00 |
| Drydex spackling - 16 fl oz | unknown | | $0.50 |
| red box blade set, misc | unknown | | $2.00 |
| Handicup (3) | unknown | | $3.00 |
| strapping | unknown | | $1.00 |
| wall plate screw set, assorted kit | unknown | | $2.50 |
| Misc screws in case | unknown | | $5.00 |
| paint extension poles and extenders (3) | unknown | | $2.50 |
| quickrete, 80lb (2) | unknown | | $20.00 |
| Desk Screw Tub (2) | unknown | | $6.00 |
| Air hose 50 ft. 3/8" | unknown | | $5.00 |
| Paint Roller (3) | unknown | | $3.00 |
| Chain Binder (2) | unknown | | $30.00 |
| Misc Ceiling Fan Repair Parts | unknown | | $5.00 |
| Doorstops (50) | unknown | | $12.50 |
| Fiber Tape Roll (3) | unknown | | $3.00 |
| Arrow air stapler | unknown | | $10.00 |
| Deadbolt, kwikset, satin nickel (2) | unknown | | $10.00 |
| Box of Drywall screws - fine thread (2) | unknown | | $2.00 |
| redguard, 3.5 gallon | unknown | | $2.50 |
| Pack handicup liners | unknown | | $1.00 |
| sweeping compound, bag (2) | unknown | | $10.00 |
| wall sconces assorted (4) | unknown | | $44.00 |
| Mop | unknown | | $1.00 |
| paint roller mesh | unknown | | $2.50 |
| r-22 free-on, 5 gallon | unknown | | $10.00 |
| Misc Light Bulb Tub | unknown | | $5.00 |

Debtor    **Red Door Management, Inc.**            Case number *(if known)* _____

Name

| | | |
|---|---|---|
| **Air hose 50 ft. 1/2" (3)** | unknown | $15.00 |
| **Paint Tray (3)** | unknown | $3.00 |
| **Acetone (2)** | unknown | $2.00 |
| **Door Sweeps (6)** | unknown | $6.00 |
| **Door and Window Weatherstripping (10)** | unknown | $5.00 |
| **Plastic Wrap (2)** | unknown | $1.50 |
| **Assorted bib washers** | unknown | $2.50 |
| **Box of deck exterior screws (4)** | unknown | $4.00 |
| **Drywall square, 4 feet** | unknown | $15.00 |
| **reparties, 100 pack (2)** | unknown | $5.00 |
| **Hardie siding (6)** | unknown | $12.00 |
| **tap conc nails, 3 1/4** | unknown | $5.00 |
| **washers, assorted box** | unknown | $1.00 |
| **Mop refill head** | unknown | $1.00 |
| **painters plastic sheet** | unknown | $0.50 |
| **railroad chalk box** | unknown | $5.00 |
| **Organizing Tubs (9)** | unknown | $27.00 |
| **Plastic Cap Nails 1" Tub (3)** | unknown | $30.00 |
| **Caulk- Jumbo Tubes (2)** | unknown | $2.00 |
| **Caulk Gun (2)** | unknown | $2.00 |
| **Caulk Gun - Double Barrel** | unknown | $50.00 |
| **Basic Caulk (10)** | unknown | $5.00 |
| **Jumbo Caulk Gun (2)** | unknown | $2.00 |
| **Caulk, Dyna Flex - White (12)** | unknown | $24.00 |
| **Water Hose Adapters (2)** | unknown | $2.00 |
| **Hose Y's (8)** | unknown | $4.00 |
| **Gas Connection Hose** | unknown | $4.00 |
| **Propane Accessory Hose (2)** | unknown | $10.00 |
| **Large Shop Vac** | unknown | $15.00 |
| **Shop Vac Filter (3)** | unknown | $7.00 |
| **HVAC Wall Unit (3)** | unknown | $150.00 |
| **HVAC Window Unit (9)** | unknown | $200.00 |
| **Doorknob** | unknown | $5.00 |
| **Cabinet Knobs (25)** | unknown | $12.50 |

Debtor      **Red Door Management, Inc.**                                    Case number *(if known)* _____
            Name

| | | |
|---|---|---|
| **Popcorn Texture Removal Tool (2)** | unknown | $2.00 |
| **Grouting and Tile Tool** | unknown | $15.00 |
| **Brown Leather Tool Belt** | unknown | $10.00 |
| **Dewalt Tool Bag (4)** | unknown | $40.00 |
| **Dewalt Oscillating Tool** | unknown | $35.00 |
| **Red Toolbox** | unknown | $1.00 |
| **Rebar Bending Tool (2)** | unknown | $70.00 |
| **Drywall Sheet Carry Tool** | unknown | $0.50 |
| **Mortal Hand Tool** | unknown | $10.00 |
| **Concrete Spreader Tool (2)** | unknown | $6.00 |
| **Paint Tray Liner** | unknown | $1.00 |
| **36 Pack Paint Stir Stick** | unknown | $2.00 |
| **Adhesive Spray (6)** | unknown | $6.00 |
| **Texture Spray (8)** | unknown | $8.00 |
| **Mini Paint Sprayer** | unknown | $40.00 |
| **Pump Lubricant Paint Sprayer** | unknown | $1.00 |
| **Wallpaper Spray Remover (2)** | unknown | $2.00 |
| **Chemical Spray** | unknown | $1.00 |
| **Stainless Steel Cabinetry with Sink** | unknown | $100.00 |
| **Blue Cabinet** | unknown | $50.00 |
| **Behr Door and Cabinet trim Enamel** | unknown | $1.00 |
| **Cabinet Door Magnet (10)** | unknown | $2.50 |
| **Cabinet Door Exterior Hinges (10)** | unknown | $2.50 |
| **Cabinet Drawer Pull** | unknown | $0.50 |
| **Nail Storage Cabinet (2)** | unknown | $2.00 |
| **Misc Fasteners in Storage Cabinet** | unknown | $2.50 |
| **Krud Cutter (2)** | unknown | $2.00 |
| **Ram Board (2)** | unknown | $2.50 |
| **Felt Floor Runner** | unknown | $1.00 |
| **Roof Felt Paper Roll (3)** | unknown | $30.00 |
| **Plastic Tarp (5)** | unknown | $25.00 |
| **Tarp (3)** | unknown | $9.00 |
| **Drop Cloth (2)** | unknown | $2.00 |
| **Power Washer (2)** | unknown | $150.00 |

Debtor   **Red Door Management, Inc.**                                    Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| **Stanley Sawhorse (3)** | unknown | $6.00 |
| **Dewalt Jigsaw (2)** | unknown | $80.00 |
| **Sawhorse (4)** | unknown | $11.00 |
| **Adjustable Height Sawhorse (2)** | unknown | $20.00 |
| **Grout Saw** | unknown | $2.50 |
| **Misc Hole Saw Drill Bits (9)** | unknown | $4.50 |
| **Assorted Sawzaa Blade** | unknown | $5.00 |
| **Skil Reciprocating Saw** | unknown | $40.00 |
| **Dewalt 4.5" Circular Saw** | unknown | $40.00 |
| **Dewalt Miter Saw (2)** | unknown | $150.00 |
| **Skil 7" Wet Tile Saw** | unknown | $65.00 |
| **Dewalt Miter Saw Stand** | unknown | $40.00 |
| **Dewalt Wet Tile Saw D24000** | unknown | $100.00 |
| **Dewalt 8.25" Table Saw DDWE7485** | unknown | $150.00 |
| **Rolling Whiteboard** | unknown | $50.00 |
| **Red Wal-Board Texture Hopper (2)** | unknown | $30.00 |
| **Baseboard (10)** | unknown | $20.00 |
| **Large Cardboard Boxes (40)** | unknown | $40.00 |
| **Black Refrigerator** | unknown | $100.00 |
| **Door Casing Pack (21)** | unknown | $200.00 |
| **Smart code Door Bolt** | unknown | $2.50 |
| **Carpet Padding 1/2" Roll** | unknown | $25.00 |
| **Threshold Transition Strips (2)** | unknown | $2.00 |
| **Tack Strips (180)** | unknown | $45.00 |
| **3 Step Ladder (2)** | unknown | $10.00 |
| **Ladder (3)** | unknown | $30.00 |
| **Extension Ladder (2)** | unknown | $53.00 |
| **Metal Fram for Yard Sign (5)** | unknown | $23.00 |
| **Metal Dustpan (2)** | unknown | $3.50 |
| **Metal Barrel Trash Can (2)** | unknown | $10.00 |
| **Metal Rake (2)** | unknown | $2.00 |
| **Scaffolding (2)** | unknown | $150.00 |
| **House Wrap** | unknown | $1.00 |
| **House Wrap Roll (7)** | unknown | $52.00 |

Debtor    **Red Door Management, Inc.**        Case number *(if known)* _____
      Name

| | | | |
|---|---|---|---|
| Misc LVP and Tile Flooring Samples | unknown | | $5.00 |
| LVP - Duralux box | unknown | | $5.00 |
| PVA Primer Bucket | unknown | | $1.00 |
| Mold Primer | unknown | | $0.75 |
| VCT Floor adhesive | unknown | | $1.00 |
| Wood floor adhesive | unknown | | $5.00 |
| Base cove Molding Adhesive | unknown | | $0.50 |
| Floor adhesive | unknown | | $1.00 |
| Mineral Spirits (2) | unknown | | $2.00 |
| Goof Off | unknown | | $1.00 |
| Construction Cone (4) | unknown | | $17.00 |
| Brushes (4) | unknown | | $6.50 |
| Assorted Pack - Bungee Cords | unknown | | $1.00 |
| Nylon Brush Pack (4) | unknown | | $4.00 |
| 5 Gallon Diesel Fuel Can | unknown | | $1.00 |
| 6" Folding Table (5) | unknown | | $50.00 |
| Acetenyl tank | unknown | | $10.00 |
| Acoustical sealant (11) | unknown | | $55.00 |
| Adjustable Post Base, 6x6 (7) | unknown | | $35.00 |
| Allen wrench set | unknown | | $2.50 |
| Aluminum Angle Iron lintels, 5' (3) | unknown | | $45.00 |
| Aluminum screens, 36x84 | unknown | | $1.00 |
| Anchor bolts, 5/8 x 12" (17) | unknown | | $85.00 |
| Assorted grinder blades | unknown | | $5.00 |
| Misc Assorted nails | unknown | | $10.00 |
| Assorted screws | unknown | | $1.00 |
| Plastic barrel trash can | unknown | | $2.00 |
| Barrel waste bags, box | unknown | | $10.00 |
| 55-gallon barrel | unknown | | $10.00 |
| Bath vanity faucet - 2 handle | unknown | | $15.00 |
| 2 LT bath vanity light | unknown | | $10.00 |
| Bewalt orbital sander - dwe6423 | unknown | | $40.00 |
| Bib washers - Assorted pack | unknown | | $1.00 |
| Concrete Boots (2) | unknown | | $2.00 |

Debtor     **Red Door Management, Inc.**                                    Case number *(if known)*_____
           Name

| | | |
|---|---|---|
| Bostitch 15 ga angled Nailer - btfp72155 | unknown | $40.00 |
| Bostitch 15 gal angle nails | unknown | $3.00 |
| Bostitch 18 ga brad Nailer - btfp12233 (2) | unknown | $80.00 |
| Bostitch drill bit case - 16 pcs | unknown | $4.00 |
| Box of brass peep holes (40) | unknown | $20.00 |
| Boxes of screws or nails (20) | unknown | $20.00 |
| Braided faucet connectors (30) | unknown | $30.00 |
| Bricks (3) | unknown | $1.50 |
| Brooms (6) | unknown | $15.00 |
| Cable chain and padlock | unknown | $3.00 |
| Box of Carpenter pencils | unknown | $0.50 |
| Carpenter square (2) | unknown | $4.00 |
| Roll of caution tape (2) | unknown | $1.00 |
| Ceiling medallion | unknown | $1.00 |
| Cement color bottles, liquid, 10 oz (2) | unknown | $4.00 |
| Cement patcher bag | unknown | $5.00 |
| Chains (2) | unknown | $20.00 |
| Chair rail and base trim kit (10) | unknown | $50.00 |
| Roll of Chicken Wire | unknown | $1.00 |
| Chisel bit | unknown | $3.00 |
| Clamps (4) | unknown | $20.00 |
| Large clamps (2) | unknown | $20.00 |
| Clear plastic quart measure | unknown | $0.50 |
| Clippers (2) | unknown | $20.00 |
| Box of Demo bags | unknown | $10.00 |
| Dewalt 4 port battery charger, dcb104 | unknown | $50.00 |
| Dewalt Battery (3) | unknown | $115.00 |
| Dewalt black stand (2) | unknown | $80.00 |
| Dewalt compact light, dcl077 | unknown | $10.00 |
| Dewalt hammer drill, sds DCH133 (2) | unknown | $100.00 |
| Dewalt palm sander, d26451 | unknown | $40.00 |
| DeWalt planer with stand, dw735 | unknown | $50.00 |
| Dewalt radio, dcr028 | unknown | $40.00 |
| Dewalt roofing Nailer, dw45rn (2) | unknown | $80.00 |

Debtor __**Red Door Management, Inc.**_____          Case number *(if known)* _____

Name

| | | |
|---|---|---|
| Dewalt stapler, dwhtht450 | unknown | $20.00 |
| Dewalt tile cutter, 10214anv | unknown | $50.00 |
| Dewalt vsr drill, dwd115 | unknown | $15.00 |
| Dewalt work light, dclo79 (2) | unknown | $10.00 |
| Dewalt, coil spring Nailer, dw66c-1 (2) | unknown | $80.00 |
| Dewalt, E 16 GA angled Nailer, dcn660 | unknown | $40.00 |
| Dewalt, E 18 ga brad Nailer, dcn680 | unknown | $40.00 |
| Dewalt, E impact drill, dcf850 | unknown | $50.00 |
| Dewalt, E, palm sander, dcw200 | unknown | $40.00 |
| Dewalt, Weed Wacker | unknown | $75.00 |
| Digital angle finder | unknown | $15.00 |
| Dimensional lumber, misc. sizes (71) | unknown | $71.00 |
| Dishwasher bracket holder | unknown | $2.50 |
| Dolly (2) | unknown | $70.00 |
| Drywall tape - fiber roll (2) | unknown | $2.00 |
| Roll of drywall tape (3) | unknown | $1.50 |
| Drywall texture brushes and stompers | unknown | $25.00 |
| Drywall, 4x8, 1/2" (66) | unknown | $300.00 |
| Drywall fiber tape | unknown | $1.00 |
| Dust pan | unknown | $1.00 |
| Plastic dust pans (2) | unknown | $1.00 |
| Electric voltometer | unknown | $5.00 |
| Empire 72" level | unknown | $50.00 |
| Extension cord (3) | unknown | $12.50 |
| Extension cord holder (3) | unknown | $6.00 |
| Box of exterior screws | unknown | $1.00 |
| Box of Finish nails, 18 ga, various lengths (3) | unknown | $15.00 |
| Finish nail clips (15) | unknown | $7.50 |
| Flagging tape, 600' | unknown | $5.00 |
| Flashing roll, 24" | unknown | $2.50 |
| Flashing, galvanized, 6"x10' (3) | unknown | $15.00 |
| Flashing, step (4) | unknown | $2.00 |
| Flathead screwdriver - large | unknown | $0.50 |
| floor leveler, bag (8) | unknown | $80.00 |

Debtor    **Red Door Management, Inc.**                                Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| **Floor transitions (5)** | unknown | $10.00 |
| **Flooring install kit, taps and spacers** | unknown | $2.50 |
| **Flush mount light (3)** | unknown | $15.00 |
| **Pack of foam brushes** | unknown | $0.75 |
| **Pack of Footies (3)** | unknown | $30.00 |
| **Box - Framing nails, 21 degree angled (2)** | unknown | $10.00 |
| **Box - framing nails, coil (2)** | unknown | $10.00 |
| **Fuel - oil mix, 1 qt** | unknown | $1.00 |
| **Funnel set** | unknown | $2.50 |
| **Black Funnel** | unknown | $0.50 |
| **Can - gaps and cracks** | unknown | $1.00 |
| **ridgid framing nailer, r350rhf** | unknown | $50.00 |
| **ridgid 6 gal pancake compressor (2)** | unknown | $100.00 |
| **ridgid palm nailer, R350PNE** | unknown | $25.00 |
| **ridgid toilet snake** | unknown | $10.00 |
| **ring light** | unknown | $15.00 |
| **router bits, misc (8)** | unknown | $24.00 |
| **rubber duckey drops (2)** | unknown | $10.00 |
| **Ryobi 15 pc router bit set** | unknown | $3.00 |
| **sand paper sheets (5)** | unknown | $5.00 |
| **sanding discs** | unknown | $5.00 |
| **sanding paper box (2)** | unknown | $2.00 |
| **screen splicer** | unknown | $5.00 |
| **SD Connector screws misc 100cts (3)** | unknown | $15.00 |
| **SDS Drill bits (3)** | unknown | $3.00 |
| **SDS HDU4 component kits (2)** | unknown | $6.00 |
| **shelving brakets, 2 pack (8)** | unknown | $4.00 |
| **shingles, pack (3)** | unknown | $45.00 |
| **shovel, transfer** | unknown | $2.50 |
| **shovels (6)** | unknown | $15.00 |
| **shower faucet and control valves** | unknown | $15.00 |
| **shut off valves (5)** | unknown | $10.00 |
| **signs (4)** | unknown | $1.00 |
| **sill gasket, roll (2)** | unknown | $20.00 |

Debtor   **Red Door Management, Inc.**                           Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| simpson strong tie, cs 16, box (3) | unknown | $30.00 |
| assorted simpson strong ties (93) | unknown | $225.00 |
| smoke detectors packs (8) | unknown | $16.00 |
| smoker waste sand bags (3) | unknown | $3.00 |
| solar panel brackets (3) | unknown | $3.00 |
| sponges (14) | unknown | $5.00 |
| sprinker, horizontal flat (4) | unknown | $4.00 |
| sprinkler, timecontrols boxes (5) | unknown | $50.00 |
| sprinklers, orbitals (22) | unknown | $220.00 |
| squeegee | unknown | $5.00 |
| stair risers (18) | unknown | $45.00 |
| stakes (7) | unknown | $3.50 |
| Hardie trim kit - 1x4 | unknown | $3.00 |
| Hardie backer screws | unknown | $1.00 |
| Hex bolts - misc. lengths | unknown | $5.00 |
| H-mold, 1/4" x 12' (15) | unknown | $30.00 |
| Hoe | unknown | $2.50 |
| Homax roll on texture (2) | unknown | $10.00 |
| Ice water shield - roll (2) | unknown | $30.00 |
| Insulation, eco-fill blown in bag (5) | unknown | $50.00 |
| Insulation, r-13 roll | unknown | $10.00 |
| Joist hangers (30) | unknown | $15.00 |
| Jumper cables | unknown | $5.00 |
| Lifetime folding chairs (9) | unknown | $90.00 |
| Lightbulbs, 4-pack | unknown | $2.50 |
| Lightbulbs, 4-pack, candelabra | unknown | $1.00 |
| Lufkin rolling measure (2) | unknown | $20.00 |
| Magnet roller | unknown | $15.00 |
| Mailbox locks (15) | unknown | $15.00 |
| Mapei, 10 lb (5) | unknown | $25.00 |
| Mapei, 25 lb (7) | unknown | $35.00 |
| Masks (50) | unknown | $25.00 |
| Master combo lock | unknown | $5.00 |
| Microwave | unknown | $25.00 |

Debtor   **Red Door Management, Inc.**           Case number *(if known)*
      Name

| | | |
|---|---|---:|
| Milwaukee drill bit case, 16 pieces | unknown | $4.00 |
| Milwaukee pack out cases (5) | unknown | $48.00 |
| Miniblinds (4) | unknown | $20.00 |
| Misc assorted screws, washers, nuts | unknown | $5.00 |
| Misc blue plastic organizers | unknown | $0.50 |
| Misc boxes of angled nails (8) | unknown | $8.00 |
| Misc cleaning bottles (30) | unknown | $30.00 |
| tape measures (40 | unknown | $20.00 |
| teks screws, box (2) | unknown | $3.00 |
| thinset (2) | unknown | $2.00 |
| tile spacerts, bags (10) | unknown | $10.00 |
| tile boxes assorted (4) | unknown | $4.00 |
| Trim, interior misc (33) | unknown | $33.00 |
| tripod large | unknown | $20.00 |
| vapor barrier, roll | unknown | $5.00 |
| various cleaners, bottles (10) | unknown | $10.00 |
| vinyl base cove molding, roll | unknown | $5.00 |
| water meter key long | unknown | $15.00 |
| waterkey, 3in | unknown | $10.00 |
| wedge ahnchors assorted boxes and misc (18) | unknown | $53.00 |
| wheelbarrow (2) | unknown | $30.00 |
| white rebar chairs, bucket (20 | unknown | $3.00 |
| windex bottles (2) | unknown | $2.00 |
| windshield wiper fluid, botle | unknown | $1.00 |
| wire connector caps, box (2) | unknown | $5.00 |
| wood clamp | unknown | $2.00 |
| wooden stakes (11) | unknown | $11.00 |
| zip ties variety pack | unknown | $10.00 |
| ziplock variety pack (2) | unknown | $5.00 |
| Mop Rag | unknown | $1.00 |
| Mortar trowel (4) | unknown | $4.00 |
| Mortar, large format tile (2) | unknown | $5.00 |
| Mortar, types, 80 lb | unknown | $2.50 |
| Motor oil, 1 qt (2) | unknown | $2.00 |

Debtor   **Red Door Management, Inc.**                                    Case number *(if known)* _____
         Name

| | | |
|---|---|---|
| **Moving blankets (10)** | unknown | $25.00 |
| **Muriatic acid, gallon (6)** | unknown | $6.00 |
| **Misc toilet repair parts** | unknown | unknown |
| **pick axe** | unknown | $5.00 |
| **plastic cap nailes box (3)** | unknown | $30.00 |
| **Plastic sheeting roll** | unknown | $0.50 |
| **plastic threshold protector roll (3)** | unknown | $3.00 |
| **plastic heavy duty roll** | unknown | $2.00 |
| **plastic roll** | unknown | $1.00 |
| **plate light cell** | unknown | $1.00 |
| **plumber putty** | unknown | $0.25 |
| **plywood sheet clips 50ct (2)** | unknown | $5.00 |
| **plywood sheetss, misc (30)** | unknown | $150.00 |
| **post hole digger (2)** | unknown | $10.00 |
| **post puller** | unknown | $25.00 |
| **power sanders (2)** | unknown | $50.00 |
| **power wrench** | unknown | $25.00 |
| **primed panels (5)** | unknown | $25.00 |
| **rake, plastic** | unknown | $1.00 |
| **rangehood filter** | unknown | $1.00 |
| **rebar chairs, 20 ct, per bag (8)** | unknown | $8.00 |

51. **Total of Part 8**
    Add lines 47 through 50. Copy the total to line 87.                          | $59,338.75 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor   **Red Door Management, Inc.**                                Case number *(if known)*
         Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Rental Space /** 100 E Nasa Pkwy 407<br>Webster, TX 77598-5346 | **Lease** | **unknown** | | **unknown** |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites**<br>**www.republichomebuildingandrenovations.com** | **unknown** | | **$1.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.                                      **$1.00**

Debtor   **Red Door Management, Inc.**                            Case number *(if known)* _____
      Name

---

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

   ☑ No
   ☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☑ No
   ☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.** **Notes receivable** | |
| Description (include name of obligor) | |
| _____  _____ – _____ = ➜ | _____ |
| Total face amount    doubtful or uncollectible amount | |
| **72.** **Tax refunds and unused net operating losses (NOLs)** | |
| Description (for example, federal, state, local) | |
| **Net Operating Loss**     Tax year ___ **2022** | **$165,068.00** |
| **Net Operating Loss**     Tax year ___ **2021** | **$11,917.00** |
| **73.** **Interests in insurance policies or annuities** | |
| _____ | _____ |
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **E-May Building Company LLC** | **$15,000.00** |
| Nature of claim    **Unpaid Lien** | |
| Amount requested    **$15,000.00** | |
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| _____ | _____ |
| Nature of claim    _____ | |
| Amount requested    _____ | |
| **76.** **Trusts, equitable or future interests in property** | |

Debtor **Red Door Management, Inc.**
Name

Case number *(if known)* _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.

**$191,985.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $10,011.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,741.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $24,396.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,477.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $59,338.75 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................. ➡ | | **unknown** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $191,985.00 | |
| 91. **Total.** *Add lines 80 through 90 for each column.*............................91a. | $303,951.10 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ........................................................................... | | $303,951.10 |

Fill in this information to identify the case:

Debtor name __Red Door Management, Inc.__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

__Official Form 206D__

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1** **Creditor's name**

__Avion Funding, LLC__                                $29,980.00         unknown

**Creditor's mailing address**

__633 167th Street__

__Miami, FL 33162__

**Creditor's email address, if known**

_____

Date debt was incurred __2/26/2024__

Last 4 digits of account number  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**Describe debtor's property that is subject to a lien**

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Merchant Cash Advance

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $358,907.94

Debtor   **Red Door Management, Inc.**                                     Case number (if known) _____

_____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.2** Creditor's name

**Bank of America**

Creditor's mailing address

**Po Box 17237**

**Wilmington, DE 19850-7237**

Creditor's email address, if known

_____

Date debt was incurred        **1/25/2022**

Last 4 digits of account        **9   8   6   9**
number

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____

　　_____

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Ford F-350                                      **$44,467.33**        **$45,000.00**

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Red Door Management, Inc.**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** **Creditor's name**

**Funding Metrics, LLC d/b/a Lendini**

$35,500.00

unknown

**Creditor's mailing address**

**3220 Tillman Dr Ste 200**

**Bensalem, PA 19020-2028**

**Creditor's email address, if known**
_____

**Date debt was incurred**      **12/8/2023**

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC Lien - 5th position**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

Debtor **Red Door Management, Inc.**        Case number (if known) _____
_____
Name

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.4** **Creditor's name**

**LendinCheck Inc.**

**Creditor's mailing address**

**1111 Broadhollow Rd 202**

**Farmingdale, NY 11735**

**Creditor's email address, if known**

_____

**Date debt was incurred**    **2/9/2024**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

     ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** Merchant Cash Advance

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC Lien - 6th position**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**$41,700.00**      **unknown**

Debtor **Red Door Management, Inc.**
Name

Case number (if known) _____

| Part 1: | Additional Page | | |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5** **Creditor's name**

**Plexe, LLC**

**Describe debtor's property that is subject to a lien**

_____

$16,090.91        unknown

**Creditor's mailing address**

**6295 Greenwood Plaza Blvd 100**

**Englewood, CO 80111**

**Describe the lien**

**UCC Lien - 2nd position**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     1/18/23

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account**     6   7   8   5
**number**

**As of the petition filing date, the claim is:**
Check all that apply.

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor **Red Door Management, Inc.**

Name

Case number (if known) _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
*Value of collateral that supports this claim*

**2.6** **Creditor's name**

**Retail Capital LLC dba Credibly**

**Describe debtor's property that is subject to a lien**

$41,169.70                    unknown

_____

**Creditor's mailing address**

**1501 W Fountainhead Pkwy 630**

**Tempe, AZ 85282**

_____

**Describe the lien**

**UCC Lien - 4th position**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**     **11/15/2023**

**Last 4 digits of account number** ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Remarks:** Merchant Cash Advance

Debtor **Red Door Management, Inc.**
Name

Case number (if known) _____

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.7** **Creditor's name**

US Small Business Administration

**Creditor's mailing address**

14925 Kingsport Road

Fort Worth, TX 76155

**Creditor's email address, if known**

_____

Date debt was incurred     6/11/2020

Last 4 digits of account     7  9  0  5
number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** SBA EIDL Loan

**Describe debtor's property that is subject to a lien**

_____
_____
_____

**Describe the lien**

UCC blanket Lien - 1st position

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim:** $150,000.00

**Value of collateral:** unknown

Debtor **Red Door Management, Inc.**                 Case number (if known) _____

       Name

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Zabala, Nicholas J<br>PO Box 1359<br>Bensalem, PA 19020 | Line 2. **3** | ___ ___ ___ ___ |
| Triton Recovery Group<br>19790 W Dixie Hwy Suite 301<br>Aventura , FL 33180 | Line 2. **4** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name **Red Door Management, Inc.**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: _____   Priority amount: _____

**2.2** | Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Total claim: _____   Priority amount: _____

Debtor    **Red Door Management, Inc.**        Case number *(if known)* _____
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**American Express**

**P.O. Box 96001**

**Los Angeles, CA 90096-8000**

Date or dates debt was incurred    **3/9/2024**

Last 4 digits of account number    **1 0 0 6**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,000.00**

---

**3.2** Nonpriority creditor's name and mailing address

**Bank of America**

**Po Box 15796**

**Wilmington, DE 19886-5796**

Date or dates debt was incurred    **3/9/2024**

Last 4 digits of account number    **0 5 2 3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$1,276.19**

---

**3.3** Nonpriority creditor's name and mailing address

**Bank of America**

**P.O. Box 17237**

**Wilmington, DE 19850-7237**

Date or dates debt was incurred    **3/9/2024**

Last 4 digits of account number    **4 9 4 9**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12,503.59**

---

**3.4** Nonpriority creditor's name and mailing address

**Capital on Tap**

**675 Ponce De Leon Ave NE 8500**

**Atlanta, GA 30308-1884**

Date or dates debt was incurred    **3/9/2024**

Last 4 digits of account number    **2 2 4 8**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$10,000.00**

Debtor   **Red Door Management, Inc.**                                    Case number *(if known)* _____
             Name

| **Part 2:** | Additional Page |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,447.06 |

**Capital One**

PO Box 60519

City of Industry, CA 91716

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Card**

Date or dates debt was incurred   **3/9/2024**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **2  8  8  7**

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,692.43 |

**Chase Bank**

P.O. Box 15123

Wilmington, DE 19850

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Card**

Date or dates debt was incurred   **3/9/2024**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    **6  3  0  8**

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,500.00 |

**Cruz Electric, LLC**

25215 Chalice Knoll St

Katy, TX 77493

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _____

Date or dates debt was incurred   **12/15/2023**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,266.58 |

**E-May Building Company LLC**

2345 Sage Rd Apt 210

Houston, TX 77056-4663

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim:  **Breach of Contract**

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor **Red Door Management, Inc.**

Name

Case number *(if known)* _____

| Part 2: | Additional Page |
| --- | --- |

**3.9** Nonpriority creditor's name and mailing address

**Home Depot**

**P.O. Box 9001030**

**Louisville, KY 40290-1030**

Date or dates debt was incurred **3/9/2024**

Last 4 digits of account number **5  3  7  2**

As of the petition filing date, the claim is: **$37,507.28**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

**Ironwood Connections**

**353 Greens Landing Dr**

**Houston, TX 77038**

Date or dates debt was incurred **12/29/2023**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$17,196.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Construction Projects**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

**Ladybug Lending LLC**

**85 Broad St**

**New York, NY 10004-2434**

Date or dates debt was incurred **1/25/24**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Line of Credit**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12** Nonpriority creditor's name and mailing address

**Lowe's**

**P.O. Box669824**

**Dallas, TX 75266**

Date or dates debt was incurred **3/9/2024**

Last 4 digits of account number **3  9  3  3**

As of the petition filing date, the claim is: **$4,075.12**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **Red Door Management, Inc.**
_____
Name                                                            Case number _(if known)_ _____

---

**Part 2:**  Additional Page

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,000.00 |

**Plains Capital Bank**

**325 N Saint Paul St 800**

**Dallas, TX 75201-3801**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred      **3/9/2024**

Last 4 digits of account number      **9  8  7  1**

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,000.00**

---

**3.14**

**Primeway Federal Credit Union**

**P.O. Box 790408**

**Saint Louis, MO 63179-0408**

Nonpriority creditor's name and mailing address

Date or dates debt was incurred      **3/9/2024**

Last 4 digits of account number      **8  4  6  6**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,597.93**

---

**3.15**

**Synchrony**

**P.O. Box 71715**

**Philadelphia, PA 19176-1715**

Nonpriority creditor's name and mailing address

Date or dates debt was incurred      **3/9/2024**

Last 4 digits of account number      **6  1  1  6**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,571.17**

---

**3.16**

**The Sherwin-Williams Company**

**P.O. Box 840943**

**Dallas, TX 75284-0943**

Nonpriority creditor's name and mailing address

Date or dates debt was incurred      _____

Last 4 digits of account number      **8  2  -  8**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,253.70**

---

Debtor **Red Door Management, Inc.**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 |
|---|---|---|---|

**Truist Bank**

**P.O. Box 791278**

**Baltimore, MD 21279-1278**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Credit Card**

Date or dates debt was incurred    **3/9/2024**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **8 9 8 1**

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,000.00 |
|---|---|---|---|

**U.S. Bank**

**P.O. Box 1950**

**Saint Paul, MN 55101-0950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Credit Card**

Date or dates debt was incurred    **3/9/2024**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6 9 7 8**

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,658.48 |
|---|---|---|---|

**Verizon Business**

**P.O. Box 489**

**Newark, NJ 07101-0489**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Services**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    — — — —

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Red Door Management, Inc.**
_____
Name

Case number *(if known)* _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Integrity Law Group PLLC** <br> **5718 Westheimer Rd # 1000-121** <br> **Houston, TX 77057-5745** | Line **3.8** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **The Sherwin-Williams Company** <br> **2100 Lakeside blvd Suite 400** <br> **Richardson, TX 75082** | Line **3.16** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **Red Door Management, Inc.**
_____
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5.**     **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $223,546.05 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $223,546.05 |

Fill in this information to identify the case:

Debtor name _____ **Red Door Management, Inc.** _____

United States Bankruptcy Court for the:

_____ **Southern District of Texas** _____

Case number (if known): _____   Chapter __**11**__

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.   Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | **REMCO LLC / Noble House Realty** |
| | State the term remaining | **0 months** | **P.O. Box 202** |
| | List the contract number of any government contract | | **Seabrook, TX 77586-0202** |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name **Red Door Management, Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1 **Brown, Mark Collins** | **2028 Sedona Dr** <br> Street <br><br> **League City, TX 77573-1548** <br> City   State   ZIP Code | **Bank of America** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Plexe, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Funding Metrics, LLC d/b/a Lendini** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Avion Funding, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **LendinCheck Inc.** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Retail Capital LLC dba Credibly** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **US Small Business Administration** | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 **Brown, Mark Collins** | **2028 Sedona Dr** <br> Street <br><br> **League City, TX 77573** <br> City   State   ZIP Code | **Bank of America** | ☑ D <br> ☐ E/F <br> ☐ G |
| | | **Plexe, LLC** | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor    **Red Door Management, Inc.**                                    Case number (if known) _____
          Name

| ▇ | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| | | **Funding Metrics, LLC d/b/a Lendini** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Avion Funding, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | | **LendinCheck Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Retail Capital LLC dba Credibly** | ☑ D<br>☐ E/F<br>☐ G |
| | | **US Small Business Administration** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | _____<br>Street<br>_____<br>_____<br>City        State        ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name __**Red Door Management, Inc.**__

United States Bankruptcy Court for the:

__**Southern District of Texas**__

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*..................................................................................

   $0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................

   $303,951.10

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................

   $303,951.10

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   $358,907.94

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................

   $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   +   $223,546.05

4. **Total liabilities**...........................................................................................................................
   Lines 2 + 3a + 3b

   $582,453.99

Fill in this information to identify the case:

Debtor name **Red Door Management, Inc.**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2024</u> to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$180,759.00** |
| **For prior year:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,183,153.00** |
| **For the year before that:** From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$477,666.00** |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From <u>01/01/2024</u> to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From <u>01/01/2023</u> to <u>12/31/2023</u><br>MM/ DD/ YYYY        MM/ DD/ YYYY | | |
| **For the year before that:** From <u>01/01/2022</u> to <u>12/31/2022</u><br>MM/ DD/ YYYY        MM/ DD/ YYYY | | |

Debtor   **Red Door Management, Inc.**                                    Case number *(if known)*
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Capital One** <br> Creditor's name <br> **PO Box 60519** <br> Street <br><br> **City of Industry, CA 91716** <br> City          State     ZIP Code | | **$17,666.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.2. | **Home Depot** <br> Creditor's name <br> **P.O. Box 9001030** <br> Street <br><br> **Louisville, KY 40290-1030** <br> City          State     ZIP Code | | **$25,735.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☑ Services <br> ☐ Other _____ |
| 3.3. | **Retail Capital LLC dba Credibly** <br> Creditor's name <br> **1501 W Fountainhead Pkwy 630** <br> Street <br><br> **Tempe, AZ 85282** <br> City          State     ZIP Code | | **$10,326.55** | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

Debtor   **Red Door Management, Inc.**                                    Case number *(if known)*
         Name

4.1.
         _____    _____   _____        _____
         Creditor's name

         _____    _____                   _____
         Street

         _____    _____                   _____

         _____
         City              State    ZIP Code

         | Relationship to debtor |

         _____

5. **Repossessions, foreclosures, and returns**

   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☑ None

   | Creditor's name and address | Description of the property | Date | Value of property |
   |---|---|---|---|

   5.1.
         _____    _____   _____   _____
         Creditor's name

         _____
         Street

         _____

         _____
         City              State    ZIP Code

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☑ None

   | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
   |---|---|---|---|

   6.1.
         _____    _____   _____   _____
         Creditor's name
                                    XXXX– __ __ __ __
         _____
         Street

         _____

         _____
         City              State    ZIP Code

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None

Debtor  **Red Door Management, Inc.**                     Case number *(if known)* _____
　　　　Name

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

**E-May Building Company LLC v Red Door Management Inc et al.**

**Breach of Contract**

**Harris County 215th District Court**
Name

**201 Caroline St Ste 1330**
Street

**Houston, TX 77002-1933**
City　　　　　State　　ZIP Code

☑ Pending
☐ On appeal
☐ Concluded

| Case number |
|---|

**2023-27736**

---

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

City　　　　　State　　ZIP Code

| Case title |
|---|

| Case number |
|---|

| Date of order or assignment |
|---|

| Court name and address |
|---|

Name

Street

City　　　　　State　　ZIP Code

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City　　　　　State　　ZIP Code

| Recipient's relationship to debtor |
|---|

---

## Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

Debtor  **Red Door Management, Inc.**

Name

Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss

If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.

List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1. _____   _____   _____  _____

---

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **The Lane Law Firm** | **Attorney's Fee** | **2/16/2024** | **$5,000.00** |
| **Address** | **Attorney's Fee** | **2/27/2024** | **$2,500.00** |
| **6200 Savoy Dr Ste 1150** Street | **Attorney's Fee** | **3/5/2024** | **$5,000.00** |
|  | **Attorney's Fee** | **3/12/2024** | **$5,000.00** |
| **Houston, TX 77036-3369** City            State      ZIP Code | **Attorney's Fee** | **03/19/2024** | **$5,000.00** |
| **Email or website address** | **Attorney's Fee** | **03/26/2024** | **$5,000.00** |
| **billing@lanelaw.com** | **Attorney's Fee** | **04/03/2024** | **$2,500.00** |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1. | | | |
| **Trustee** | | | |

Debtor   **Red Door Management, Inc.**
_____   Case number *(if known)* _____
Name

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |

| Address |
|---|
| _____ |
| Street |
| _____ |
| City          State    ZIP Code |
| Relationship to debtor |
| _____ |

---

## Part 7:  Previous Locations

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State    ZIP Code | |

---

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor **Red Door Management, Inc.**                     Case number *(if known)* _____
Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____   _____   _____
     Facility name

| Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|

_____                                              *Check all that apply:*
City          State    ZIP Code                                        ☐ Electronically

                                                             ☐ Paper

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

          Does the debtor have a privacy policy about that information?

          ☐ No

          ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

          ☐ No. Go to Part 10.

          ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Red Door Management, Inc Retirement Trust** | EIN: **2 7 – 1 1 1 0 7 8 8** |

          Has the plan been terminated?

          ☑ No

          ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **Prosperity Bank**<br>Name<br>**1301 North Mechanic**<br>Street<br><br>**El Campo, TX 77437**<br>City          State    ZIP Code | XXXX– **7 7 4 1** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | **4/4/2024** | _____ |

Debtor    **Red Door Management, Inc.**                                                    Case number *(if known)*
          Name

18.2  **Prosperity Bank**                    XXXX–**1  2  9  9**    ☑ Checking        **3/13/2024**    _____
      Name                                                          ☐ Savings
      **1301 North Mechanic**                                       ☐ Money market
      Street                                                        ☐ Brokerage
      _____                                      ☐ Other
      **El Campo, TX 77437**                                          _____
      City              State    ZIP Code

18.3  **Prosperity Bank**                    XXXX–**1  2  8  0**    ☑ Checking        **3/14/2024**    _____
      Name                                                          ☐ Savings
      **1301 North Mechanic**                                       ☐ Money market
      Street                                                        ☐ Brokerage
      _____                                      ☐ Other
      **El Campo, TX 77437**                                          _____
      City              State    ZIP Code

18.4  **Prosperity Bank**                    XXXX–**1  2  7  2**    ☑ Checking        **3/13/2024**    _____
      Name                                                          ☐ Savings
      **1301 North Mechanic**                                       ☐ Money market
      Street                                                        ☐ Brokerage
      _____                                      ☐ Other
      **El Campo, TX 77437**                                          _____
      City              State    ZIP Code

18.5  **Prosperity Bank**                    XXXX–**1  2  6  4**    ☑ Checking        **3/13/2024**    _____
      Name                                                          ☐ Savings
      **1301 North Mechanic**                                       ☐ Money market
      Street                                                        ☐ Brokerage
      _____                                      ☐ Other
      **El Campo, TX 77437**                                          _____
      City              State    ZIP Code

18.6  **Prosperity Bank**                    XXXX–**1  7  5  2**    ☑ Checking        **3/13/2024**    _____
      Name                                                          ☐ Savings
      **1301 North Mechanic**                                       ☐ Money market
      Street                                                        ☐ Brokerage
      _____                                      ☐ Other
      **El Campo, TX 77437**                                          _____
      City              State    ZIP Code

18.7  **Bank of America**                    XXXX–**1  6  8  1**    ☑ Checking        **4/12/2024**    _____
      Name                                                          ☐ Savings
      **100 North Tryon Street**                                    ☐ Money market
      Street                                                        ☐ Brokerage
      _____                                      ☐ Other
      **Charlotte, NC 28255**                                         _____
      City              State    ZIP Code

18.8  **U.S. Bank**                          XXXX–**5  2  3  9**    ☑ Checking        **4/12/2024**    _____
      Name                                                          ☐ Savings
      _____                                      ☐ Money market
      Street                                                        ☐ Brokerage
      _____                                      ☐ Other
      _____                                        _____
      City              State    ZIP Code

Debtor  **Red Door Management, Inc.**

Name                                                                 Case number *(if known)*

## 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

## 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **League City Boat and RV Storage** | | ~~RV~~ | ☐ No |
| | Name | | | ☑ Yes |
| | **1589 Webster St** | | | |
| | Street | | | |
| | | Address | | |
| | **League City, TX 77573** | | | |
| | City          State     ZIP Code | | | |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

## 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Jose Torres** | | ~~Security Deposit~~ | **$6,200.00** |
| Name | | | |
| **6690 Miller St** | | | |
| Street | | | |
| | | | |
| **Arvada          CO** | | | |
| **80004-1532** | | | |
| City          State     ZIP Code | | | |

Debtor  **Red Door Management, Inc.**                                    Case number *(if known)*
Name

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Leslie Thompson** <br> Name <br><br> **511 W Pierce St** <br> Street <br><br><br> **Houston**　　　　**TX** <br> **77019-4452** <br> City　　　　State　ZIP Code | | ~~Security Deposit~~ | **$2,500.00** |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Case number** | Name <br><br> Street <br><br><br> City　　　　State　ZIP Code | | ☐ Pending <br> ☐ On appeal <br> ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name <br><br> Street <br><br><br> City　　　State　ZIP Code | Name <br><br> Street <br><br><br> City　　　State　ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

Debtor   **Red Door Management, Inc.**
     Name

Case number *(if known)*

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. **FBC Minerals LP**<br>Name<br>**2028 Sedona Dr**<br>Street<br><br>**League City, TX 77573**<br>City          State     ZIP Code | **Mineral rights** | EIN: **6 8 – 0 6 3 7 5 3 8**<br><br>Dates business existed<br><br>From ————   To ———— |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.2. **Dugas Holdings LLC**<br>Name<br>**2028 Sedona Dr**<br>Street<br><br>**League City, TX 77573**<br>City          State     ZIP Code | **Land Holding** | EIN: **8 4 – 2 9 0 4 1 1 3**<br><br>Dates business existed<br><br>From ————   To ———— |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.3. **Eventus Properties LP**<br>Name<br>**2028 Sedona Dr**<br>Street<br><br>**League City, TX 77573**<br>City          State     ZIP Code | **Land Holding** | EIN: **6 8 – 0 6 3 7 5 4 3**<br><br>Dates business existed<br><br>From ————   To ———— |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

Debtor   **Red Door Management, Inc.**

Name

Case number *(if known)* _____

| Name and address | Dates of service |
|---|---|
| 26a.1. | From _____ To _____ |
| Name | |
| Street | |
| City                    State              ZIP Code | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | From _____ To _____ |
| Name | |
| Street | |
| City                    State              ZIP Code | |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| Name | |
| Street | |
| City                    State              ZIP Code | |

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| City                    State              ZIP Code |

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor   **Red Door Management, Inc.**                                    Case number *(if known)*
             Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                          State           ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark C. Brown | 2028 Sedona Dr League City, TX 77573 | President, | 100.00% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From _____ To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Brown, Mark Collins | $142,966.53 - Owner Salary from Republic Homebuilding & Renovations dba | April 18, 2023 - April 18, 2024 | Owner Salary |
| Name | | | |
| 2028 Sedona Dr | | | |
| Street | | | |
| League City, TX 77573 | | | |
| City                          State           ZIP Code | | | |
| Relationship to debtor | | | |
| Owner | | | |

Debtor  **Red Door Management, Inc.**
      Name

Case number *(if known)*

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.2. **Della Brown**
Name

**2028 Sedona Dr**
Street

**League City, TX 77573**
City               State       ZIP Code

**$15,158.16 - salary gross**     **Last 12 months gross salary estimated**    **Insider**

Relationship to debtor

**Wife of Owner**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **04/19/2024**
           MM/ DD/ YYYY

**X** **/s/ Mark C. Brown**
Signature of individual signing on behalf of the debtor

Printed name        **Mark C. Brown**

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of Texas

**In re**    Red Door Management, Inc.

Case No. _____

**Debtor**

Chapter _____ **11** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................    **$48,500.00**

Prior to the filing of this statement I have received ................................................................    **$30,000.00**

Balance Due ..........................................................................................................................    **$18,500.00**

2.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **04/19/2024** | **/s/ Robert C Lane** |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

**The Lane Law Firm**
*Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE: **Red Door Management, Inc.**                                    CASE NO

                                                                          CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  __**04/19/2024**__       Signature  _____**/s/ Mark C. Brown**_____

                                                    Mark C. Brown, President

AMERICAN EXPRESS
P.O. BOX 96001
LOS ANGELES, CA 90096-8000

AVION FUNDING, LLC
633 167TH STREET
MIAMI, FL 33162

BANK OF AMERICA
PO BOX 17237
WILMINGTON, DE 19850-7237

BANK OF AMERICA
PO BOX 15796
WILMINGTON, DE 19886-5796

BANK OF AMERICA
P.O. BOX 17237
WILMINGTON, DE 19850-7237

MARK COLLINS BROWN
2028 SEDONA DR
LEAGUE CITY, TX 77573-1548

MARK COLLINS BROWN
2028 SEDONA DR
LEAGUE CITY, TX 77573

CAPITAL ON TAP
675 PONCE DE LEON AVE NE 8500
ATLANTA, GA 30308-1884

CAPITAL ONE
PO BOX 60519
CITY OF INDUSTRY, CA 91716

CHASE BANK
P.O. BOX 15123
WILMINGTON, DE 19850

CRUZ ELECTRIC, LLC
25215 CHALICE KNOLL ST
KATY, TX 77493

E-MAY BUILDING COMPANY
LLC
2345 SAGE RD APT 210
HOUSTON, TX 77056-4663

FUNDING METRICS, LLC
D/B/A LENDINI
3220 TILLMAN DR STE 200
BENSALEM, PA 19020-2028

HOME DEPOT
P.O. BOX 9001030
LOUISVILLE, KY 40290-1030

INTEGRITY LAW GROUP PLLC
5718 WESTHEIMER RD # 1000-121
HOUSTON, TX 77057-5745

IRONWOOD CONNECTIONS
353 GREENS LANDING DR
HOUSTON, TX 77038

LADYBUG LENDING LLC
85 BROAD ST
NEW YORK, NY 10004-2434


LENDINCHECK INC.
1111 BROADHOLLOW RD 202
FARMINGDALE, NY 11735


LOWE'S
P.O. BOX669824
DALLAS, TX 75266


PLAINS CAPITAL BANK
325 N SAINT PAUL ST 800
DALLAS, TX 75201-3801


PLEXE, LLC
6295 GREENWOOD PLAZA BLVD 100
ENGLEWOOD, CO 80111


PRIMEWAY FEDERAL CREDIT
UNION
P.O. BOX 790408
SAINT LOUIS, MO 63179-0408


RED DOOR MANAGEMENT,
INC.
100 E NASA PKWY, SUITE 407
WEBSTER, TX 77598-5345


REMCO LLC / NOBLE HOUSE
REALTY
P.O. BOX 202
SEABROOK, TX 77586-0202

RETAIL CAPITAL LLC DBA
CREDIBLY
1501 W FOUNTAINHEAD PKWY 630
TEMPE, AZ 85282


SYNCHRONY
P.O. BOX 71715
PHILADELPHIA, PA 19176-1715


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


THE SHERWIN-WILLIAMS
COMPANY
P.O. BOX 840943
DALLAS, TX 75284-0943


THE SHERWIN-WILLIAMS
COMPANY
2100 LAKESIDE BLVD SUITE 400
RICHARDSON, TX 75082


TRITON RECOVERY GROUP
19790 W DIXIE HWY SUITE 301
AVENTURA , FL 33180


TRUIST BANK
P.O. BOX 791278
BALTIMORE, MD 21279-1278


U.S. BANK
P.O. BOX 1950
SAINT PAUL, MN 55101-0950

US SMALL BUSINESS
ADMINISTRATION
14925 KINGSPORT ROAD
FORT WORTH, TX 76155


VERIZON BUSINESS
P.O. BOX 489
NEWARK, NJ 07101-0489


NICHOLAS J ZABALA
PO BOX 1359
BENSALEM, PA 19020