Fill in this information to identify the case:

Debtor name **Red Door Management, Inc.**

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): **24-31750**

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ *Amended Schedule* **A/B and Summary of Assets**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/22/2024**
              MM/ DD/ YYYY

**X** **/s/ Mark C. Brown**
Signature of individual signing on behalf of debtor

**Mark C. Brown**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor Name **Red Door Management, Inc.**

United States Bankruptcy Court for the: **Southern** District of **Texas**
(State)

Case number (If known): **24-31750**

☑ Check if this is an <u>amended</u> filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Moody Bank** | **Checking account** | **2 1 2 9** | **unknown** |
| 3.2. | **Cadence Bank** | **Checking account** | **1 1 5 3** | **$10,011.75** |
| 3.3. | **Prosperity Bank** | **Checking account** | **7 8 2 1** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$10,011.75**

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **Red Door Management, Inc.**
          Name

Case number *(if known)* **24-31750**

---

| | | |
|---|---|---|
| 7.1 | **REMCO, LLC** | **$1,741.60** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____    _____

   8.2 _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.    | **$1,741.60** |

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☒ Yes. Fill in the information below.

                                                        **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:   **$13,832.00**   -   **$0.00**   =.....➡   **$13,832.00**
                                 face amount            doubtful or uncollectible accounts

    11b. Over 90 days old:      **$0.00**   -   **$10,564.00**   =.....➡   **$10,564.00**
                                 face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | **$24,396.00** |

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____    _____    _____

    14.2 _____    _____    _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                      % of ownership:

    15.1 _____    _____    _____    _____

    15.2 _____    _____    _____    _____

---

Debtor    **Red Door Management, Inc.**                              Case number *(if known)* **24-31750**
          Name

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____          _____    _____

    16.2 _____          _____    _____

17. **Total of Part 4**                                                  ┌─────────────────┐
    Add lines 14 through 16. Copy the total to line 83.                   └─────────────────┘

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 20. **Work in progress** | | | | |
| **Remodeling - Work completed but not invoiced.** | **03/01/2024** MM / DD / YYYY | **unknown** | **Percentage of Completion** | **$15,000.00** |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**                                                  ┌─────────────────┐
    Add lines 19 through 22. Copy the total to line 84.                   │   $15,000.00    │
                                                                          └─────────────────┘

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

| Debtor | **Red Door Management, Inc.** | | Case number *(if known)* 24-31750 |
|---|---|---|---|
| | Name | | |

---

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

Debtor    **Red Door Management, Inc.**
　　　　　Name

Case number *(if known)* **24-31750**

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  Office furniture** | | | |
| **Filing Cabinet (2)** | unknown | | $150.00 |
| **Tables (6)** | unknown | | $300.00 |
| **Desks (6)** | unknown | | $300.00 |
| **Chairs (25)** | unknown | | $250.00 |
| **40.  Office fixtures** | | | |
| **41.  Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computer (7)** | unknown | | $100.00 |
| **Monitor (11)** | unknown | | $100.00 |
| **Phones (4)** | unknown | | $200.00 |
| **Printer** | unknown | | $75.00 |
| **Popcorn Texture Removal Tool (2)** | unknown | | $2.00 |
| **42.  Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

**43.  Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $1,477.00 |
|---|---|

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

Debtor **Red Door Management, Inc.**
Name

Case number *(if known)* 24-31750

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2008 Toyota Tacoma** | unknown | | $500.00 |
| 47.2 **2022 Ford F-350** | unknown | | $45,000.00 |
| 47.3 **2019 Impression 20RB** / VIN: 5ZT2MPJB8KB310120 RV | unknown | | $5,000.00 |
| **48.** | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| **49.** | **Aircraft and accessories** | | | |
| 49.1 | | | |
| 49.2 | | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Rolling Cart (3)** | unknown | | $30.00 |
| **Water hose 25"** | unknown | | $1.00 |
| **Kreg Door Trim Tool (2)** | unknown | | $10.00 |
| **Clear Storage Bin (20)** | unknown | | $20.00 |
| **Joist Jack (4)** | unknown | | $100.00 |
| **Doors 32" Pre Hung (8)** | unknown | | $200.00 |
| **Traffic Cone (9)** | unknown | | $22.00 |
| **Anchor bolts, J-type, box** | unknown | | $5.00 |
| **Box of 3,000 collated roofing nails** | unknown | | $10.00 |
| **Drawer slides, 18" (4)** | unknown | | $2.00 |
| **Rebar ties (1000 pack)(2)** | unknown | | $10.00 |
| **1 gal gas tank (2)** | unknown | | $2.00 |
| **staple guns, manual (2)** | unknown | | $10.00 |
| **wagner heat gun** | unknown | | $25.00 |
| **Misc electrical outlets and wall plates** | unknown | | $2.50 |
| **orange hazard flag** | unknown | | $1.00 |
| **propane tank, 5gallon** | unknown | | $20.00 |
| **Large Black Rolling Cart** | unknown | | $10.00 |

Debtor    **Red Door Management, Inc.**                          Case number *(if known)* **24-31750**
          Name

| | | |
|---|---|---|
| **PVC Conduit hose (2)** | unknown | $2.00 |
| **Dewalt Tool Bag** | unknown | $2.50 |
| **Black Storage Bin** | unknown | $0.50 |
| **House Jack (3)** | unknown | $60.00 |
| **Barn Door Hardware** | unknown | $1.00 |
| **Painter's Tape Roll (14)** | unknown | $14.00 |
| **Angle measure (2)** | unknown | $10.00 |
| **Master Combo lock** | unknown | $5.00 |
| **Drill bit case (2)** | unknown | $7.00 |
| **rebar (150) misc** | unknown | $203.75 |
| **Gatorade cooler jug** | unknown | $1.00 |
| **staples, crown, bostitch** | unknown | $1.00 |
| **wall anchors, pack** | unknown | $1.00 |
| **Misc plastic containers (10)** | unknown | $5.00 |
| **OSB assorted (3.5)** | unknown | $3.50 |
| **push broom (3)** | unknown | $3.00 |
| **Fire Extinguishers (2)** | unknown | $50.00 |
| **Water Hose 50-100 ft. (12)** | unknown | $30.00 |
| **Mud Knives (4)** | unknown | $4.00 |
| **Small Organizing Bin (4)** | unknown | $2.00 |
| **Fan (4)** | unknown | $12.00 |
| **Door Trim Kit** | unknown | $5.00 |
| **Paint Roller Covers Pack (5)** | unknown | $3.50 |
| **Angled Flashing (2)** | unknown | $3.00 |
| **Box of concrete anchors** | unknown | $2.00 |
| **Misc Drill bits (15)** | unknown | $7.50 |
| **recessed lights packs** | unknown | $5.00 |
| **Goo gone, bottle** | unknown | $1.00 |
| **staples, boxes (3)** | unknown | $3.00 |
| **wall plate** | unknown | $0.25 |
| **Misc pvc pipe parts** | unknown | $5.00 |
| **outlet and switch covers, assorted (7)** | unknown | $2.50 |
| **pvc glue** | unknown | $1.00 |
| **Conform Tub 42"** | unknown | $5.00 |

| Debtor | **Red Door Management, Inc.** | Case number *(if known)* **24-31750** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| Husky 3/8' Air Hose (2) | unknown | $10.00 |
| Masonry Knife | unknown | $25.00 |
| Wall Mount Organizing Bin | unknown | $1.00 |
| Ceiling Fan Glass (2) | unknown | $12.00 |
| Window/Door Flashing Strips (2) | unknown | $0.50 |
| Trim Roller Covers (2) | unknown | $2.00 |
| Anvil hand sander | unknown | $20.00 |
| Box of contractor bags (5) | unknown | $35.00 |
| Drydex spackling - 16 fl oz | unknown | $0.50 |
| red box blade set, misc | unknown | $2.00 |
| Handicup (3) | unknown | $3.00 |
| strapping | unknown | $1.00 |
| wall plate screw set, assorted kit | unknown | $2.50 |
| Misc screws in case | unknown | $5.00 |
| paint extension poles and extenders (3) | unknown | $2.50 |
| quickrete, 80lb (2) | unknown | $20.00 |
| Desk Screw Tub (2) | unknown | $6.00 |
| Air hose 50 ft. 3/8" | unknown | $5.00 |
| Paint Roller (3) | unknown | $3.00 |
| Chain Binder (2) | unknown | $30.00 |
| Misc Ceiling Fan Repair Parts | unknown | $5.00 |
| Doorstops (50) | unknown | $12.50 |
| Fiber Tape Roll (3) | unknown | $3.00 |
| Arrow air stapler | unknown | $10.00 |
| Deadbolt, kwikset, satin nickel (2) | unknown | $10.00 |
| Box of Drywall screws - fine thread (2) | unknown | $2.00 |
| redguard, 3.5 gallon | unknown | $2.50 |
| Pack handicup liners | unknown | $1.00 |
| sweeping compound, bag (2) | unknown | $10.00 |
| wall sconces assorted (4) | unknown | $44.00 |
| Mop | unknown | $1.00 |
| paint roller mesh | unknown | $2.50 |
| r-22 free-on, 5 gallon | unknown | $10.00 |
| Misc Light Bulb Tub | unknown | $5.00 |

Debtor      **Red Door Management, Inc.**                                      Case number *(if known)* __24-31750__
            Name

| | | |
|---|---|---|
| **Air hose 50 ft. 1/2" (3)** | unknown | $15.00 |
| **Paint Tray (3)** | unknown | $3.00 |
| **Acetone (2)** | unknown | $2.00 |
| **Door Sweeps (6)** | unknown | $6.00 |
| **Door and Window Weatherstripping (10)** | unknown | $5.00 |
| **Plastic Wrap (2)** | unknown | $1.50 |
| **Assorted bib washers** | unknown | $2.50 |
| **Box of deck exterior screws (4)** | unknown | $4.00 |
| **Drywall square, 4 feet** | unknown | $15.00 |
| **reparties, 100 pack (2)** | unknown | $5.00 |
| **Hardie siding (6)** | unknown | $12.00 |
| **tap conc nails, 3 1/4** | unknown | $5.00 |
| **washers, assorted box** | unknown | $1.00 |
| **Mop refill head** | unknown | $1.00 |
| **painters plastic sheet** | unknown | $0.50 |
| **railroad chalk box** | unknown | $5.00 |
| **Organizing Tubs (9)** | unknown | $27.00 |
| **Plastic Cap Nails 1" Tub (3)** | unknown | $30.00 |
| **Caulk- Jumbo Tubes (2)** | unknown | $2.00 |
| **Caulk Gun (2)** | unknown | $2.00 |
| **Caulk Gun - Double Barrel** | unknown | $50.00 |
| **Basic Caulk (10)** | unknown | $5.00 |
| **Jumbo Caulk Gun (2)** | unknown | $2.00 |
| **Caulk, Dyna Flex - White (12)** | unknown | $24.00 |
| **Water Hose Adapters (2)** | unknown | $2.00 |
| **Hose Y's (8)** | unknown | $4.00 |
| **Gas Connection Hose** | unknown | $4.00 |
| **Propane Accessory Hose (2)** | unknown | $10.00 |
| **Large Shop Vac** | unknown | $15.00 |
| **Shop Vac Filter (3)** | unknown | $7.00 |
| **HVAC Wall Unit (3)** | unknown | $150.00 |
| **HVAC Window Unit (9)** | unknown | $200.00 |
| **Doorknob** | unknown | $5.00 |
| **Cabinet Knobs (25)** | unknown | $12.50 |

Debtor    **Red Door Management, Inc.**                          Case number *(if known)* **24-31750**
          Name

| | | |
|---|---|---|
| **Popcorn Texture Removal Tool (2)** | unknown | $2.00 |
| **Grouting and Tile Tool** | unknown | $15.00 |
| **Brown Leather Tool Belt** | unknown | $10.00 |
| **Dewalt Tool Bag (4)** | unknown | $40.00 |
| **Dewalt Oscillating Tool** | unknown | $35.00 |
| **Red Toolbox** | unknown | $1.00 |
| **Rebar Bending Tool (2)** | unknown | $70.00 |
| **Drywall Sheet Carry Tool** | unknown | $0.50 |
| **Mortal Hand Tool** | unknown | $10.00 |
| **Concrete Spreader Tool (2)** | unknown | $6.00 |
| **Paint Tray Liner** | unknown | $1.00 |
| **36 Pack Paint Stir Stick** | unknown | $2.00 |
| **Adhesive Spray (6)** | unknown | $6.00 |
| **Texture Spray (8)** | unknown | $8.00 |
| **Mini Paint Sprayer** | unknown | $40.00 |
| **Pump Lubricant Paint Sprayer** | unknown | $1.00 |
| **Wallpaper Spray Remover (2)** | unknown | $2.00 |
| **Chemical Spray** | unknown | $1.00 |
| **Stainless Steel Cabinetry with Sink** | unknown | $100.00 |
| **Blue Cabinet** | unknown | $50.00 |
| **Behr Door and Cabinet trim Enamel** | unknown | $1.00 |
| **Cabinet Door Magnet (10)** | unknown | $2.50 |
| **Cabinet Door Exterior Hinges (10)** | unknown | $2.50 |
| **Cabinet Drawer Pull** | unknown | $0.50 |
| **Nail Storage Cabinet (2)** | unknown | $2.00 |
| **Misc Fasteners in Storage Cabinet** | unknown | $2.50 |
| **Krud Cutter (2)** | unknown | $2.00 |
| **Ram Board (2)** | unknown | $2.50 |
| **Felt Floor Runner** | unknown | $1.00 |
| **Roof Felt Paper Roll (3)** | unknown | $30.00 |
| **Plastic Tarp (5)** | unknown | $25.00 |
| **Tarp (3)** | unknown | $9.00 |
| **Drop Cloth (2)** | unknown | $2.00 |
| **Power Washer (2)** | unknown | $150.00 |

Debtor    **Red Door Management, Inc.**
          Name                                                      Case number *(if known)* **24-31750**

| | | |
|---|---|---|
| **Stanley Sawhorse (3)** | unknown | $6.00 |
| **Dewalt Jigsaw (2)** | unknown | $80.00 |
| **Sawhorse (4)** | unknown | $11.00 |
| **Adjustable Height Sawhorse (2)** | unknown | $20.00 |
| **Grout Saw** | unknown | $2.50 |
| **Misc Hole Saw Drill Bits (9)** | unknown | $4.50 |
| **Assorted Sawzaa Blade** | unknown | $5.00 |
| **Skil Reciprocating Saw** | unknown | $40.00 |
| **Dewalt 4.5" Circular Saw** | unknown | $40.00 |
| **Dewalt Miter Saw (2)** | unknown | $150.00 |
| **Skil 7" Wet Tile Saw** | unknown | $65.00 |
| **Dewalt Miter Saw Stand** | unknown | $40.00 |
| **Dewalt Wet Tile Saw D24000** | unknown | $100.00 |
| **Dewalt 8.25" Table Saw DDWE7485** | unknown | $150.00 |
| **Rolling Whiteboard** | unknown | $50.00 |
| **Red Wal-Board Texture Hopper (2)** | unknown | $30.00 |
| **Baseboard (10)** | unknown | $20.00 |
| **Large Cardboard Boxes (40)** | unknown | $40.00 |
| **Black Refrigerator** | unknown | $100.00 |
| **Door Casing Pack (21)** | unknown | $200.00 |
| **Smart code Door Bolt** | unknown | $2.50 |
| **Carpet Padding 1/2" Roll** | unknown | $25.00 |
| **Threshold Transition Strips (2)** | unknown | $2.00 |
| **Tack Strips (180)** | unknown | $45.00 |
| **3 Step Ladder (2)** | unknown | $10.00 |
| **Ladder (3)** | unknown | $30.00 |
| **Extension Ladder (2)** | unknown | $53.00 |
| **Metal Fram for Yard Sign (5)** | unknown | $23.00 |
| **Metal Dustpan (2)** | unknown | $3.50 |
| **Metal Barrel Trash Can (2)** | unknown | $10.00 |
| **Metal Rake (2)** | unknown | $2.00 |
| **Scaffolding (2)** | unknown | $150.00 |
| **House Wrap** | unknown | $1.00 |
| **House Wrap Roll (7)** | unknown | $52.00 |

Debtor    **Red Door Management, Inc.**                                    Case number *(if known)* __24-31750__
          Name

| | | |
|---|---|---|
| **Misc LVP and Tile Flooring Samples** | unknown | $5.00 |
| **LVP - Duralux box** | unknown | $5.00 |
| **PVA Primer Bucket** | unknown | $1.00 |
| **Mold Primer** | unknown | $0.75 |
| **VCT Floor adhesive** | unknown | $1.00 |
| **Wood floor adhesive** | unknown | $5.00 |
| **Base cove Molding Adhesive** | unknown | $0.50 |
| **Floor adhesive** | unknown | $1.00 |
| **Mineral Spirits (2)** | unknown | $2.00 |
| **Goof Off** | unknown | $1.00 |
| **Construction Cone (4)** | unknown | $17.00 |
| **Brushes (4)** | unknown | $6.50 |
| **Assorted Pack - Bungee Cords** | unknown | $1.00 |
| **Nylon Brush Pack (4)** | unknown | $4.00 |
| **5 Gallon Diesel Fuel Can** | unknown | $1.00 |
| **6" Folding Table (5)** | unknown | $50.00 |
| **Acetenyl tank** | unknown | $10.00 |
| **Acoustical sealant (11)** | unknown | $55.00 |
| **Adjustable Post Base, 6x6 (7)** | unknown | $35.00 |
| **Allen wrench set** | unknown | $2.50 |
| **Aluminum Angle Iron lintels, 5' (3)** | unknown | $45.00 |
| **Aluminum screens, 36x84** | unknown | $1.00 |
| **Anchor bolts, 5/8 x 12" (17)** | unknown | $85.00 |
| **Assorted grinder blades** | unknown | $5.00 |
| **Misc Assorted nails** | unknown | $10.00 |
| **Assorted screws** | unknown | $1.00 |
| **Plastic barrel trash can** | unknown | $2.00 |
| **Barrel waste bags, box** | unknown | $10.00 |
| **55-gallon barrel** | unknown | $10.00 |
| **Bath vanity faucet - 2 handle** | unknown | $15.00 |
| **2 LT bath vanity light** | unknown | $10.00 |
| **Bewalt orbital sander - dwe6423** | unknown | $40.00 |
| **Bib washers - Assorted pack** | unknown | $1.00 |
| **Concrete Boots (2)** | unknown | $2.00 |

| Debtor | **Red Door Management, Inc.** | Case number *(if known)* __24-31750__ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| Bostitch 15 ga angled Nailer - btfp72155 | unknown | $40.00 |
| Bostitch 15 gal angle nails | unknown | $3.00 |
| Bostitch 18 ga brad Nailer - btfp12233 (2) | unknown | $80.00 |
| Bostitch drill bit case - 16 pcs | unknown | $4.00 |
| Box of brass peep holes (40) | unknown | $20.00 |
| Boxes of screws or nails (20) | unknown | $20.00 |
| Braided faucet connectors (30) | unknown | $30.00 |
| Bricks (3) | unknown | $1.50 |
| Brooms (6) | unknown | $15.00 |
| Cable chain and padlock | unknown | $3.00 |
| Box of Carpenter pencils | unknown | $0.50 |
| Carpenter square (2) | unknown | $4.00 |
| Roll of caution tape (2) | unknown | $1.00 |
| Ceiling medallion | unknown | $1.00 |
| Cement color bottles, liquid, 10 oz (2) | unknown | $4.00 |
| Cement patcher bag | unknown | $5.00 |
| Chains (2) | unknown | $20.00 |
| Chair rail and base trim kit (10) | unknown | $50.00 |
| Roll of Chicken Wire | unknown | $1.00 |
| Chisel bit | unknown | $3.00 |
| Clamps (4) | unknown | $20.00 |
| Large clamps (2) | unknown | $20.00 |
| Clear plastic quart measure | unknown | $0.50 |
| Clippers (2) | unknown | $20.00 |
| Box of Demo bags | unknown | $10.00 |
| Dewalt 4 port battery charger, dcb104 | unknown | $50.00 |
| Dewalt Battery (3) | unknown | $115.00 |
| Dewalt black stand (2) | unknown | $80.00 |
| Dewalt compact light, dcl077 | unknown | $10.00 |
| Dewalt hammer drill, sds DCH133 (2) | unknown | $100.00 |
| Dewalt palm sander, d26451 | unknown | $40.00 |
| DeWalt planer with stand, dw735 | unknown | $50.00 |
| Dewalt radio, dcr028 | unknown | $40.00 |
| Dewalt roofing Nailer, dw45rn (2) | unknown | $80.00 |

Debtor    **Red Door Management, Inc.**                                    Case number *(if known)* __24-31750__
　　　　　Name

| | | |
|---|---|---|
| **Dewalt stapler, dwhtht450** | unknown | $20.00 |
| **Dewalt tile cutter, 10214anv** | unknown | $50.00 |
| **Dewalt vsr drill, dwd115** | unknown | $15.00 |
| **Dewalt work light, dclo79 (2)** | unknown | $10.00 |
| **Dewalt, coil spring Nailer, dw66c-1 (2)** | unknown | $80.00 |
| **Dewalt, E 16 GA angled Nailer, dcn660** | unknown | $40.00 |
| **Dewalt, E 18 ga brad Nailer, dcn680** | unknown | $40.00 |
| **Dewalt, E impact drill, dcf850** | unknown | $50.00 |
| **Dewalt, E, palm sander, dcw200** | unknown | $40.00 |
| **Dewalt, Weed Wacker** | unknown | $75.00 |
| **Digital angle finder** | unknown | $15.00 |
| **Dimensional lumber, misc. sizes (71)** | unknown | $71.00 |
| **Dishwasher bracket holder** | unknown | $2.50 |
| **Dolly (2)** | unknown | $70.00 |
| **Drywall tape - fiber roll (2)** | unknown | $2.00 |
| **Roll of drywall tape (3)** | unknown | $1.50 |
| **Drywall texture brushes and stompers** | unknown | $25.00 |
| **Drywall, 4x8, 1/2" (66)** | unknown | $300.00 |
| **Drywall fiber tape** | unknown | $1.00 |
| **Dust pan** | unknown | $1.00 |
| **Plastic dust pans (2)** | unknown | $1.00 |
| **Electric voltometer** | unknown | $5.00 |
| **Empire 72" level** | unknown | $50.00 |
| **Extension cord (3)** | unknown | $12.50 |
| **Extension cord holder (3)** | unknown | $6.00 |
| **Box of exterior screws** | unknown | $1.00 |
| **Box of Finish nails, 18 ga, various lengths (3)** | unknown | $15.00 |
| **Finish nail clips (15)** | unknown | $7.50 |
| **Flagging tape, 600'** | unknown | $5.00 |
| **Flashing roll, 24"** | unknown | $2.50 |
| **Flashing, galvanized, 6"x10' (3)** | unknown | $15.00 |
| **Flashing, step (4)** | unknown | $2.00 |
| **Flathead screwdriver - large** | unknown | $0.50 |
| **floor leveler, bag (8)** | unknown | $80.00 |

Debtor    **Red Door Management, Inc.**                                    Case number *(if known)* **24-31750**
      Name

| | | |
|---|---|---|
| **Floor transitions (5)** | unknown | $10.00 |
| **Flooring install kit, taps and spacers** | unknown | $2.50 |
| **Flush mount light (3)** | unknown | $15.00 |
| **Pack of foam brushes** | unknown | $0.75 |
| **Pack of Footies (3)** | unknown | $30.00 |
| **Box - Framing nails, 21 degree angled (2)** | unknown | $10.00 |
| **Box - framing nails, coil (2)** | unknown | $10.00 |
| **Fuel - oil mix, 1 qt** | unknown | $1.00 |
| **Funnel set** | unknown | $2.50 |
| **Black Funnel** | unknown | $0.50 |
| **Can - gaps and cracks** | unknown | $1.00 |
| **ridgid framing nailer, r350rhf** | unknown | $50.00 |
| **ridgid 6 gal pancake compressor (2)** | unknown | $100.00 |
| **ridgid palm nailer, R350PNE** | unknown | $25.00 |
| **ridgid toilet snake** | unknown | $10.00 |
| **ring light** | unknown | $15.00 |
| **router bits, misc (8)** | unknown | $24.00 |
| **rubber duckey drops (2)** | unknown | $10.00 |
| **Ryobi 15 pc router bit set** | unknown | $3.00 |
| **sand paper sheets (5)** | unknown | $5.00 |
| **sanding discs** | unknown | $5.00 |
| **sanding paper box (2)** | unknown | $2.00 |
| **screen splicer** | unknown | $5.00 |
| **SD Connector screws misc 100cts (3)** | unknown | $15.00 |
| **SDS Drill bits (3)** | unknown | $3.00 |
| **SDS HDU4 component kits (2)** | unknown | $6.00 |
| **shelving brakets, 2 pack (8)** | unknown | $4.00 |
| **shingles, pack (3)** | unknown | $45.00 |
| **shovel, transfer** | unknown | $2.50 |
| **shovels (6)** | unknown | $15.00 |
| **shower faucet and control valves** | unknown | $15.00 |
| **shut off valves (5)** | unknown | $10.00 |
| **signs (4)** | unknown | $1.00 |
| **sill gasket, roll (2)** | unknown | $20.00 |

Debtor  **Red Door Management, Inc.**                    Case number *(if known)* **24-31750**
Name

| | | |
|---|---|---|
| simpson strong tie, cs 16, box (3) | unknown | $30.00 |
| assorted simpson strong ties (93) | unknown | $225.00 |
| smoke detectors packs (8) | unknown | $16.00 |
| smoker waste sand bags (3) | unknown | $3.00 |
| solar panel brackets (3) | unknown | $3.00 |
| sponges (14) | unknown | $5.00 |
| sprinker, horizontal flat (4) | unknown | $4.00 |
| sprinkler, timecontrols boxes (5) | unknown | $50.00 |
| sprinklers, orbitals (22) | unknown | $220.00 |
| squeegee | unknown | $5.00 |
| stair risers (18) | unknown | $45.00 |
| stakes (7) | unknown | $3.50 |
| Hardie trim kit - 1x4 | unknown | $3.00 |
| Hardie backer screws | unknown | $1.00 |
| Hex bolts - misc. lengths | unknown | $5.00 |
| H-mold, 1/4" x 12' (15) | unknown | $30.00 |
| Hoe | unknown | $2.50 |
| Homax roll on texture (2) | unknown | $10.00 |
| Ice water shield - roll (2) | unknown | $30.00 |
| Insulation, eco-fill blown in bag (5) | unknown | $50.00 |
| Insulation, r-13 roll | unknown | $10.00 |
| Joist hangers (30) | unknown | $15.00 |
| Jumper cables | unknown | $5.00 |
| Lifetime folding chairs (9) | unknown | $90.00 |
| Lightbulbs, 4-pack | unknown | $2.50 |
| Lightbulbs, 4-pack, candelabra | unknown | $1.00 |
| Lufkin rolling measure (2) | unknown | $20.00 |
| Magnet roller | unknown | $15.00 |
| Mailbox locks (15) | unknown | $15.00 |
| Mapei, 10 lb (5) | unknown | $25.00 |
| Mapei, 25 lb (7) | unknown | $35.00 |
| Masks (50) | unknown | $25.00 |
| Master combo lock | unknown | $5.00 |
| Microwave | unknown | $25.00 |

| Debtor | **Red Door Management, Inc.** | Case number *(if known)* **24-31750** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| Milwaukee drill bit case, 16 pieces | unknown | $4.00 |
| Milwaukee pack out cases (5) | unknown | $48.00 |
| Miniblinds (4) | unknown | $20.00 |
| Misc assorted screws, washers, nuts | unknown | $5.00 |
| Misc blue plastic organizers | unknown | $0.50 |
| Misc boxes of angled nails (8) | unknown | $8.00 |
| Misc cleaning bottles (30) | unknown | $30.00 |
| tape measures (40 | unknown | $20.00 |
| teks screws, box (2) | unknown | $3.00 |
| thinset (2) | unknown | $2.00 |
| tile spacerts, bags (10) | unknown | $10.00 |
| tile boxes assorted (4) | unknown | $4.00 |
| Trim, interior misc (33) | unknown | $33.00 |
| tripod large | unknown | $20.00 |
| vapor barrier, roll | unknown | $5.00 |
| various cleaners, bottles (10) | unknown | $10.00 |
| vinyl base cove molding, roll | unknown | $5.00 |
| water meter key long | unknown | $15.00 |
| waterkey, 3in | unknown | $10.00 |
| wedge ahnchors assorted boxes and misc (18) | unknown | $53.00 |
| wheelbarrow (2) | unknown | $30.00 |
| white rebar chairs, bucket (20 | unknown | $3.00 |
| windex bottles (2) | unknown | $2.00 |
| windshield wiper fluid, botle | unknown | $1.00 |
| wire connector caps, box (2) | unknown | $5.00 |
| wood clamp | unknown | $2.00 |
| wooden stakes (11) | unknown | $11.00 |
| zip ties variety pack | unknown | $10.00 |
| ziplock variety pack (2) | unknown | $5.00 |
| Mop Rag | unknown | $1.00 |
| Mortar trowel (4) | unknown | $4.00 |
| Mortar, large format tile (2) | unknown | $5.00 |
| Mortar, types, 80 lb | unknown | $2.50 |
| Motor oil, 1 qt (2) | unknown | $2.00 |

| Debtor | **Red Door Management, Inc.** | Case number *(if known)* __24-31750__ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **Moving blankets (10)** | unknown | $25.00 |
| **Muriatic acid, gallon (6)** | unknown | $6.00 |
| **Misc toilet repair parts** | unknown | unknown |
| **pick axe** | unknown | $5.00 |
| **plastic cap nailes box (3)** | unknown | $30.00 |
| **Plastic sheeting roll** | unknown | $0.50 |
| **plastic threshold protector roll (3)** | unknown | $3.00 |
| **plastic heavy duty roll** | unknown | $2.00 |
| **plastic roll** | unknown | $1.00 |
| **plate light cell** | unknown | $1.00 |
| **plumber putty** | unknown | $0.25 |
| **plywood sheet clips 50ct (2)** | unknown | $5.00 |
| **plywood sheetss, misc (30)** | unknown | $150.00 |
| **post hole digger (2)** | unknown | $10.00 |
| **post puller** | unknown | $25.00 |
| **power sanders (2)** | unknown | $50.00 |
| **power wrench** | unknown | $25.00 |
| **primed panels (5)** | unknown | $25.00 |
| **rake, plastic** | unknown | $1.00 |
| **rangehood filter** | unknown | $1.00 |
| **rebar chairs, 20 ct, per bag (8)** | unknown | $8.00 |

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$59,338.75

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 9:** | Real property | | | |
|---|---|---|---|---|
| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| 55.1 **Rental Space / 100 E Nasa Pkwy 407** **Webster, TX 77598-5346** | **Lease** | unknown | | unknown |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| 61. **Internet domain names and websites** | | | |
| www.republichomebuildingandrenovations.com | unknown | _____ | $1.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| _____ | _____ | _____ | _____ |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| _____ | _____ | _____ | _____ |
| 64. **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| 65. **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

| $1.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    _____

_____    Tax year _____    _____

_____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

_____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

  **E-May Building Company LLC**    **$15,000.00**

Nature of claim    **Unpaid Lien**

Amount requested    **$15,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    _____

Nature of claim    _____

Amount requested    _____

76. **Trusts, equitable or future interests in property**

_____    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____    _____

_____    _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    **$15,000.00**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $10,011.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,741.60 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $24,396.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $15,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,477.00 | |

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*     $59,338.75

88. **Real property.** *Copy line 56, Part 9*........................................................................ ➜ | **unknown** |

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*     $1.00

90. **All other assets.** *Copy line 78, Part 11.*     +   $15,000.00

91. **Total.** *Add lines 80 through 90 for each column*...........................91a.   $126,966.10   + 91b.

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................   $126,966.10

Fill in this information to identify the case:

Debtor name _____**Red Door Management, Inc.**_____

United States Bankruptcy Court for the:

_____**Southern District of Texas**_____

Case number (if known): _____**24-31750**_____   Chapter __**11**__

☑ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

**Part 1:**  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*...................................................................................................
   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................
   | $126,966.10 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................................
   | $126,966.10 |

**Part 2:**  Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................
   | $358,907.94 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.....................................................
   | $0.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................
   | + $223,546.05 |

4. **Total liabilities**...............................................................................................................
   Lines 2 + 3a + 3b
   | $582,453.99 |